**Opinion issued April 4, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00163-CV**

————————————

## IN RE HATEM TAWFIQ ALGHUTI, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Hatem Tawfiq Alghuti, has filed a petition for writ of mandamus requesting that our Court direct the trial court judge to "immediately recuse herself from all cases in which Hatem is named as a party and to vacate the final order under cause no. 21-FD-0102."[1] We deny the petition.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *Hatem Tawfiq Alghuti v. Rawan Al-Najjar*, cause number 21-FD-0102, in the County Court at Law No. 2 of Galveston County, Texas, the Honorable Kerri Foley presiding.